PHILLIP A. TALBERT
United States Attorney
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER E. WELLING<br><br>Defendant. | Case No. 5:22-po-00130-SAB<br><br>[Citation # 9653973 CA/71]<br><br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre M. Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00130-SAB [Citation # 9653973 CA/71] against SPENCER E. WELLING, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 1, 2022                              Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                United States Attorney

                                  By:     /s/ Alexandre M Dempsey
                                         ALEXANDRE M. DEMPSEY
                                         Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00130-SAB [Citation # 9653973 CA/71] against SPENCER E. WELLING be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 2, 2022**

_____
UNITED STATES MAGISTRATE JUDGE